# EXHIBIT B

# I. REMAINING DISPUTED SEARCHES

## A. DISPUTED SEARCH NO. 1: DECISION-MAKER CUSTODIANS

| Plaintiff's Proposed Search: | Duke's Proposed Search: |
|---|---|
| • <u>Custodians</u>: Joseph Mathew, Gavin Martin, Jeffrey Gadsden<br><br>• <u>Searches</u>:<br><br>  o Within the time period October 17, 2016 and June 30, 2018, all messages located using the search term "Shaughnessy"<br><br>  o Within the time period October 17, 2017 and January 17, 2017, all messages located using the search terms "Mike" or "Michael"<br><br>  o Within the time periods November 7, 2016 – December 9, 2016 and January 3, 2017 – January 17, 2017, all messages between the identified custodians<br><br>  o (Parameters excluding emails sent to more than 5 recipients) | • See Undisputed Search No. 2, *infra* |

## B. DISPUTED SEARCH NO. 2: EVENTS UNDERLYING PROTECTED ACTIVITY

| Plaintiff's Proposed Search: | Duke's Proposed Search: |
|---|---|
| • Within the time period June 1, 2016 and June 30, 2017, all messages located using the following search terms for custodians **Joseph Mathew**, **Gavin Martin**, **Ann Brown**, **Holly Muir**:<br><br>o Terms:<br><br>▪ "Pamela Wible" OR<br>▪ "Dr. Wible" OR<br>▪ (Cheryl or "Dr. Jones") w/20<br>   • resident OR<br>   • suicide OR<br>   • incident OR<br>   • Sol OR<br>   • Aronson OR<br>   • Kassik OR<br>   • complain* OR<br>   • FDA OR<br>   • book* OR<br>   • "mental illness" OR<br>   • nonrenew* OR<br>   • non-renew* OR<br>   • professional OR<br>   • unprofessional OR<br>   • terminat* OR<br>   • leave OR<br>   • expir* OR<br>   • Shaughnessy OR<br>   • violat* OR<br>   • disabilit* OR<br>   • accommodat* OR<br>   • mental* OR<br>   • psych* OR<br>   • retaliat* OR<br>   • harass* OR<br>   • hostil* OR<br>   • safety OR<br>   • rude OR | • Within the time period June 1, 2016 and June 30, 2017, all messages located using the following search terms for custodians **Joseph Mathew**, **Gavin Martin**, **Jeffrey Gadsden**, and **Holly Muir**:<br><br>o Terms:<br><br>▪ (Michael OR Mike OR Shaughnessy) AND<br>   • "Cheryl Jones" OR<br>   • Aronson<br>[Parameters excluding emails sent to more than 5 recipients]<br><br>▪ (Michael OR Mike OR Shaughnessy) AND<br>   • Wible OR<br>   • Kassik |

3

|  |  |
|---|---|
| <ul><li>abrupt OR</li><li>"come back" OR</li><li>"coming back" OR</li><li>criticiz* OR</li><li>behavior OR</li><li>grievance* OR</li><li>discriminat* OR</li><li>counsel*</li></ul><ul><li>suicid* OR</li><li>Kassik</li></ul> |  |

# II. UNDISPUTED CUSTODIANS AND SEARCHES

A. UNDISPUTED CUSTODIANS

| | | |
|---|---|---|
| 1. | **Michael Shaughnessy** | Duke Mailbox |
| 2. | **Joseph Mathew** | Duke Mailbox; Text Messages |
| 3. | **Gavin Martin** | Duke Mailbox; Shaughnessy Folder; Text Messages |
| 4. | **Jeffrey Gadsden** | Duke Mailbox; Shaughnessy Folder; Text Messages |
| 5. | **Edward Sanders** | Duke Mailbox; Text Messages |
| 6. | **Holly Muir** | Duke Mailbox |
| 7. | **Ann Brown** | Duke Mailbox; Shaughnessy Folder |
| 8. | **John Borrelli** | Duke Mailbox |
| 9. | **Nancy Andrews** | Duke Mailbox (2017 Forward) |
| 10. | **Nan Jokerst** | Duke Mailbox |

B. UNDISPUTED SEARCHES AND SEARCH TERMS

- **Undisputed Search No. 1:** Within the time period of January 1, 2016 and June 30, 2017, all messages to and from custodian **Michael Shaughnessy** and the following custodians:

    - **Joseph Mathew**
    - **Gavin Martin**
    - **Jeffrey Gadsden**
    - **Edward Sanders**
    - **Holly Muir**

    **Additional Parameters: Excluding emails sent to more than 5 recipients.**

- **Undisputed Search No. 2:** Within the time period January 1, 2014 and June 30, 2018, all messages located using the following search terms for custodians **Joseph Mathew**, **Gavin Martin**, **Jeffrey Gadsden**, **Holly Muir**, and **John Borrelli**:

    - Search Terms:
        - (Michael OR Mike OR Shaughnessy) AND
            - disabilit* OR
            - rosacea OR
            - Eddie OR
            - "Dr. Sanders" OR
            - "DRH" OR
            - "Regional Anesthesia" OR
            - pacemaker OR
            - depress* OR
            - anxiety* OR

5

- accommodate* OR
- mental* OR
- psych* OR
- complain* OR
- retaliat* OR
- harass* OR
- hostil* OR
- berat* OR
- belittle OR
- "red face" OR
- professional* OR
- unprofessional OR
- safety OR
- late OR
- tardy OR
- team* OR
- rude OR
- abrupt OR
- yell* OR
- trainee OR
- resident OR
- criticiz* OR
- interpersonal OR
- poor OR
- feedback OR
- drink* OR
- alcohol OR
- refus* OR
- anger OR
- angry OR
- research OR
- academic OR
- teach* OR
- incident* OR
- behavior OR
- (gain w/1 shar*) OR
- gainshar* OR
- bonus* OR
- contract OR
- reappoint* OR
- bonus* OR

6

- renew* OR
- term* OR
- delay* OR
- open* OR
- vacanc* OR
- job OR
- grievance* OR
- "faculty hearing" OR
- "FHC" OR
- appeal* OR
- "Appendix C" OR
- "good fit" OR
- "SRS" OR
- (cup w/2 coffee) OR
- women OR
- suicid* OR
- "Academic Mission" OR
- unsupport* OR
- discriminat* OR
- communication OR
- judgment OR
- "PACT" OR
- score* OR
- evaluat* OR
- metric* OR
- evaluation OR
- review OR
- (below w/3 average) OR
- counsel w/25 ("SRS" OR coffee OR "PACT" OR behavior) OR
- verbal w/25 ("SRS" OR coffee OR "PACT" OR behavior)

- "DWI"

- "DUI"

- ("SRS" or "Coffee" or "PACT" or behavior) w/25
    - "GI" OR
    - unprofessional* OR
    - professional* OR
    - counsel* OR
    - complain* OR
    - hostile OR

7

- communication OR
- berat* OR
- rude OR
- late OR
- judgment OR
- tardy OR
- verbal* OR
- "Academic Mission"

- **Undisputed Search No. 3:** Within the time period August 1, 2016 and June 30, 2017, all messages located using the search term "Shaughnessy" for custodian **Edward Sanders**.

- **Undiputed Search No.** 4: Within the time period January 7, 2017 and June 30, 2018, all messages located using the following search terms for custodians **Ann Brown**, **Nancy Andrews**, and **Nan Jokerst**:

  o <u>Search Terms:</u>
    - Shaughnessy
    - ((Michael OR Mike OR Shaughnessy) w/25 ("FHC" OR "Faculty hearing" OR handbook OR "hand book" or "DFH")) AND
      - reappoint* OR
      - contract OR
      - renew* OR
      - nonrenew* OR
      - non-renew* OR
      - professional* OR
      - unprofessional* OR
      - terminat* OR
      - expir* OR
      - Kredich OR
      - griev* OR
      - employ* OR
      - ombud* OR
      - "Academic Council" OR
      - complain* OR
      - require* OR
      - "Academic Freedom" OR
      - "Appendix C" OR
      - "ad hoc committee" OR
      - violat* OR
      - "AAUP" OR

- "School of Medicine" OR
- recommend* OR
- agreement OR
- obligat*