# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
### 1:18-cv-00461

| | |
|---|---|
| MICHAEL SHAUGHNESSY, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DUKE UNIVERSITY, PRIVATE ) <br> DIAGNOSTIC CLINIC, PLLC, ) <br> ) <br> Defendants. ) <br> ) | **MOTION FOR SPOLIATION SANCTIONS AGAINST DUKE UNIVERSITY** |

NOW COMES the Plaintiff, by and through counsel, and, pursuant to Fed. R. Civ. P. 37(e), moves this Court to sanction Defendant Duke University for spoliation of electronically stored information ("ESI"). Text messages exchanged by Duke's decision-makers and key employees have been lost and Plaintiff has suffered prejudice as a result.

WHEREFORE, for the reasons outlined in his Memorandum in Support of Motion for Spoliation Sanctions, Plaintiff respectfully requests that this Court enter an Order:

1. Sanctioning Defendant Duke by providing an adverse inference instruction to the jury regarding spoliation of Dr. Gavin Martin's text messages; and

2. Sanction Defendant Duke by allowing Plaintiff to present argument to the jury regarding the spoliation of Dr. Joseph Mathew's, Dr. Eddie Sanders', Dr. Gavin Martin's, and Dr. Jeffrey Gadsden's text messages.

This, the 25th day of September, 2020.

**Kornbluth Ginsberg Law Group, P.A.**

/s/ Joseph E. Hjelt
Michael A. Kornbluth
N.C. State Bar No. 27928
Joseph E. Hjelt
N.C. State Bar No. 53497
3400 Croasdaile Drive, Suite 300
Durham, NC 27705
Telephone:   (919) 401-4100
Facsimile:    (919) 401-4104
Email: mkornbluth@KGLawNC.com
           jhjelt@KGLawNC.com

# CERTIFICATE OF SERVICE

This is to certify that the undersigned has this date filed the foregoing ***MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION FOR SPOLIATION SANCTIONS*** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Robert A. Sar (N.C. Bar No. 22306)
Patrick D. Lawler (N.C. Bar No. 47882)
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
8529 Six Forks Road, Ste. 600
Raleigh, N.C. 27615
Telephone: (919) 787-9700
Email: bob.sar@odnss.com
Email: patrick.lawler @odnss.com
*Attorneys for Defendant Duke University*

John A. Zaloom (N.C. Bar No. 30557)
Moore & Van Allen PLLC
P.O. Box 13706
Research Triangle Park, N.C. 27709
Telephone: (919) 286-8182
Facsimile: (919) 4168380
Email: johnzaloom@mvalaw.com
*Attorney for Defendant Private Diagnostic Clinic, PLLC*

This, the 25th day of September, 2020.

**Kornbluth Ginsberg Law Group, P.A.**

/s/ Joseph E. Hjelt
Michael A. Kornbluth
N.C. State Bar No. 27928
Joseph E. Hjelt
N.C. State Bar No. 53497
3400 Croasdaile Drive, Suite 300
Durham, NC 27705
Telephone:   (919) 401-4100
Facsimile:   (919) 401-4104
Email: mkornbluth@KGLawNC.com
             jhjelt@KGLawNC.com