IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| MICHAEL SHAUGHNESSY, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DUKE UNIVERSITY, et al ) <br> ) <br> Defendants. ) <br> ) | **Case No.: 1:18-CV-00461-CCE-JEP** |

## STIPULATION OF DISMISSAL

The Parties to this action, by and through undersigned counsel, and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, do hereby stipulate to the Dismissal with Prejudice of this action, with each party to bear its own fees and costs.

Respectfully submitted, this the 17th day of November, 2020.

    KORNBLUTH GINSBERG LAW
    GROUP, P.A.

    /s/ Michael A. Kornbluth
    Michael A. Kornbluth (N.C. Bar No. 27928)
    Joseph Hjelt (N.C. Bar No. 53497)
    Kornbluth Ginsberg Law Group, P.A.
    3400 Croasdaile Drive, Suite 300
    Durham, NC 27705
    Tel: 919. 401.4100/Fax: 919.401.4104
    Email: mkornbluth@KGLawNC.com
    Email: jhjelt@KGLawNC.com
    *Attorneys for Plaintiff Michael Shaughnessy*

1

OGLETREE, DEAKINS, NASH,
 SMOAK & STEWART, P.C.

/s/ Robert A. Sar
Robert A. Sar (N.C. Bar No. 22306)
Patrick D. Lawler (N.C. Bar No. 47882)
8529 Six Forks Road
Forum IV, Suite 600
Raleigh, North Carolina 27615
Tel: 919.787.9700 / Fax: 919.783.9412
Email: Bob.Sar@odnss.com
Email: Patrick.Lawler@odnss.com
*Attorneys for Defendant Duke University*


MOORE & VAN ALLEN PLLC

/s/ John A. Zaloom
John A. Zaloom (NC Bar No. 30557)
100 North Tryon Street, Suite 4700
Charlotte, NC 28202
Tel: 919.286.8182
Fax: 919.416.8380
Email: johnzaloom@mvalaw.com
*Attorneys for Defendant Private Diagnostic Clinic, PLLC*

2

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this date a copy of the foregoing Joint Stipulation of Dismissal was electronically filed with the Clerk of Court using the CM/ECF system which will send notice of the same to:

Robert A. Sar (N.C. Bar No. 22306)
Patrick D. Lawler (N.C. Bar No. 47882)
8529 Six Forks Road
Forum IV, Suite 600
Raleigh, North Carolina 27615
Tel: 919.787.9700 / Fax: 919.783.9412
Email: Bob.Sar@odnss.com
Email: Patrick.Lawler@odnss.com
*Attorneys for Defendant Duke University*

John A. Zaloom (NC Bar No. 30557)
100 North Tryon Street, Suite 4700
Charlotte, NC 28202
Tel: 919.286.8182
Fax: 919.416.8380
Email: johnzaloom@mvalaw.com
*Attorneys for Defendant Private Diagnostic Clinic, PLLC*

This the 17th day of November, 2020.

                                            KORNBLUTH GINSBERG LAW
                                            GROUP, P.A.

                                            /s/Michael A. Kornbluth
                                            Michael A. Kornbluth (N.C. Bar No. 27928)
                                            Joseph Hjelt (N.C. Bar No. 53497)
                                            Kornbluth Ginsberg Law Group, P.A.
                                            3400 Croasdaile Drive, Suite 300
                                            Durham, NC 27705
                                            Tel: 919. 401.4100/Fax: 919.401.4104
                                            Email: mkornbluth@KGLawNC.com
                                            Email: jhjelt@KGLawNC.com
                                            *Attorneys for Plaintiff Michael Shaughnessy*